Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Defendant
Celsius Holdings, Inc.

Michael D. Braun (State Bar No. 167416)
**KUZYK LAW, LLP**
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
213.401.4100 – Telephone
213.401.0311 – Facsimile
mdb@kuzykclassactions.com

Jordan L. Lurie (State Bar No. 130013)
Ari Y. Basser (State Bar. No. 272618)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
310.432.8492 – Telephone
jllurie@pomlaw.com
abasser@pomlaw.com

Attorneys for Plaintiffs
Jimy Ruiz and Michael Cavallero

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMY RUIZ and MICHAEL CAVALLERO on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS, INC.,<br><br>Defendant. | CASE NO.: 3:21-cv-00128-GPC-KSC<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED, by and between all Parties, Plaintiffs Jimy Ruiz and Michael Cavallero ("Plaintiffs"), and Defendant Celsius Holdings, Inc. ("Defendant"), by and through their undersigned counsel, that the entire action be dismissed with prejudice as to the named Plaintiffs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side shall be responsible for and bear its own costs, expenses, and attorney's fees.

Pursuant to Local Rule 5-4.3.4, all Parties concur in the filing's content and have authorized filing.

DATED:  December 16, 2021

| */s/ Matthew L. Rollin* | */s/ Ari Y. Basser* |
|---|---|
| **SRIPLAW** <br> JONAH A. GROSSBARDT <br> MATTHEW L. ROLLIN <br><br> Attorneys for Defendant Celsius Holdings, Inc. | **POMERANTZ LLP** <br> JORDAN L. LURIE <br> ARI Y. BASSER <br><br> **KUZYK LAW, LLP** <br> MICHAEL D. BRAUN <br><br> Attorneys for Plaintiffs Jimy Ruiz and Michael Cavallero |