# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMY RUIZ and MICHAEL CAVALLERO on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS INC.<br><br>    Defendant. | Case No. 3:21-cv-00128-GPC-KSC<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[ECF No. 48]** |

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice. The Court, having considered the Joint Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED** and: 1) Plaintiffs' entire action is dismissed with prejudice as to the named Plaintiffs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and each side shall be responsible for and bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Dated:  December 17, 2021

Hon. Gonzalo P. Curiel
United States District Judge

- 1 -

3:21-cv-00128-GPC-KSC